# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**RICHARD MAROUS,**
**individually and on behalf**
**of all others similarly situated,**

    *Plaintiff*,

v.                                         Case No.:  1:22cv6-MW/GRJ

**ROCKET MORTGAGE, LLC,**

    *Defendant.*
_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal of Plaintiff's claims with prejudice. ECF No. 32. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk must close the file.

**SO ORDERED on May 9, 2022.**

                                               s/Mark E. Walker
                                               **Chief United States District Judge**